UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-9, )<br>)<br>  Defendants. )<br>_____ ) | Case No: 1:12-cv-01116-RLY-TAB |

**NOTICE THAT PLAINTIFF FILED A CORRECTED
MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS**

**PLEASE TAKE NOTICE,** Plaintiff has filed its corrected Motion for Leave to Serve Third Party Subpoenas [Dkt. 12], which attached the correct exhibits.

Dated August 21, 2012

                                                                       Respectfully submitted,

                                                                       NICOLETTI & ASSOCIATES, PLLC

                                                       By:    /s/ *Paul J. Nicoletti*
                                                                Paul J. Nicoletti, Esq. (P44419)
                                                                36880 Woodward Ave, Suite 100
                                                                Bloomfield Hills, MI 48304
                                                                Tel:  (248) 203-7800
                                                                Fax:  (248) 203-7801
                                                                E-Fax: (248) 928-7051
                                                                Email:  paul@nicoletti-associates.com
                                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of August, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                                       By:    /s/ *Paul J. Nicoletti*
                                                                Paul J. Nicoletti, Esq. (P44419)