**SHA-1 Hash:** 2CB00C235792C6D9BF5EFD3373043B163AAB2F03    **Title:** Young and Hot
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.12.61.67 | 6/16/2012 19:27 | Franklin | IN | Comcast Cable | BitTorrent |
| 2 | 24.13.3.171 | 6/27/2012 10:52 | Noblesville | IN | Comcast Cable | BitTorrent |
| 3 | 24.15.46.47 | 6/8/2012 1:04 | West Lafayette | IN | Comcast Cable | BitTorrent |
| 4 | 50.129.86.121 | 6/18/2012 2:23 | West Lafayette | IN | Comcast Cable | BitTorrent |
| 5 | 68.57.243.176 | 6/10/2012 19:44 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 6 | 98.220.166.55 | 6/24/2012 22:13 | Fishers | IN | Comcast Cable | BitTorrent |
| 7 | 98.222.174.30 | 6/6/2012 17:13 | Anderson | IN | Comcast Cable | BitTorrent |
| 8 | 98.227.6.145 | 6/12/2012 5:47 | Muncie | IN | Comcast Cable | BitTorrent |
| 9 | 98.253.5.0 | 6/11/2012 2:51 | Fishers | IN | Comcast Cable | BitTorrent |