UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:12-cv-01116-RLY-MJD |
| ) | |
| v. ) | |
| ) | |
| MEGAN RUMPKE, ZHIWEI XIAO, ) | |
| JOHN MUTZ, TIM DODD, JENNIFER ) | |
| FOREMAN, NICK WHETSEL, ) | |
| HAISHAN WANG and JOHN DOE 1, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING COMCAST TO COMPLY WITH A THIRD PARTY SUBPOENA**

THIS CAUSE came before the Court upon Plaintiff's Motion for the Entry of an Order Authorizing Comcast to Comply With a Third Party Subpoena (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff may serve a third party subpoena on Comcast and Comcast may comply with Plaintiff's Subpoena *Duces Tecum* for deposition as outlined in Plaintiff's Motion. Plaintiff shall mail a copy of this Order to all *pro se* parties.

SO ORDERED this 15th day of November, 2013.

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana