UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
|     Plaintiff, ) | Civil Case No. 1:12-cv-01116-RLY-MJD |
| ) | |
| v. ) | |
| ) | |
| MEGAN RUMPKE, ZHIWEI XIAO, ) | |
| JOHN MUTZ, TIM DODD, JENNIFER ) | |
| FOREMAN, NICK WHETSEL, ) | |
| HAISHAN WANG and JOHN DOE 1, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S AGREED EXPEDITED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE SETTLEMENT CONFERENCE ON DECEMBER 6, 2013 AT 8:30 AM**

THIS CAUSE having come before the Court upon Plaintiff's Agreed Expedited Motion for Leave to Appear Telephonically at the Settlement Conference on December 6, 2013 at 8:30 AM (the "Motion"), and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff may appear telephonically at the settlement conference scheduled for December 6, 2013 at 8:30 AM. Plaintiff shall participate by calling the number to be provided by the court in an email.

DONE AND ORDERED this 3rd day of December, 2013.

Distribution:

All Electronically Registered Counsel

Via US MAIL TO
NICK WHETSEL
1224 North Bittersweet Lane
Muncie, IN 47304

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

1