UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MEGAN RUMPKE, ZHIWEI XIAO,  )<br>JOHN MUTZ, TIM DODD, JENNIFER  )<br>FOREMAN, NICK WHETSEL,  )<br>HAISHAN WANG and JOHN DOE 1,  )<br>  )<br>    Defendants.  )<br>_____)  | Civil Case No. 1:12-cv-01116-RLY-MJD |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S DISCOVERY REQUESTS**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for the entry of an order allowing Plaintiff a brief two (2) day extension to respond to Defendant Nick Whetsel's ("Defendant") First Set of Requests for Production and First Set of Interrogatories, and in support states:

1. On November 5, 2013, Defendant propounded his First Set of Requests for Production and First Set of Interrogatories. Accordingly, Plaintiff's responses are due today, December 5, 2013.

2. Plaintiff requires an additional two (2) days within which to complete its responses to Defendant's requests, up to and including, December 9, 2013.

3. Plaintiff attempted to confer with Defendant regarding the relief requested herein, and Defendant responded with an email attached as Exhibit A.

4. This request is made in good faith and not made for the purpose of undue delay.

5. None of the parties would be prejudiced by the granting of the extension of time.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to respond to Defendant's discovery requests be extended until December 9, 2013. A proposed order is attached for the Court's convenience.

Dated: December 5, 2013

        Respectfully submitted,

        NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Paul J. Nicoletti*