Case 1:12-cv-01116-RLY-MJD Document 94-1 Filed 12/05/13 Page 1 of 1 PageID #: 553



**Paul Nicoletti <pauljnicoletti@gmail.com>**

## SIN9-8 DEFENDANT'S INTERROGATORIES & REQUEST FOR DOCUMENTS

**nick whetsel** <nwhetsel10241980@gmail.com>  Thu, Dec 5, 2013 at 3:21 PM
To: Paul Nicoletti <pauljnicoletti@gmail.com>

I would like to follow the schedule as planned.  A motion to compel may have to be filed depending on your answers. and tomorrow was the deadline.  If the judge will grant me tomorrow a chance to file a motion to compel once the requests are received then I don't have a problem with the one day extension but that is only if the judge grants an extension to file a motion to compel once your requests are received.

Please advise

[Quoted text hidden]

# EXHIBIT A