**FILED**

**DEC 0 6 2013**

**U.S. CLERK'S OFFICE**
**INDIANAPOLIS, INDIANA**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLID DIVISION

MALIBU MEDIA

Plaintiff

Vs               CIVIL CASE NO.:   1:12 CV 01116 RILY MJD

NICK WHETSEL

Defendant

APPEARANCE

Thomas Margolis    10189-18

125 E Charles Street   Suite 214

Muncie IN 47305

765 288 0600

Appearance for    Nick Whetsel

Fax service not accepted

_____
Thomas Margolis